# IN THE SUPREME COURT OF ALABAMA



September 19, 2025

**SC-2025-0467**

Ex parte Jesse Earl Scheuing PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Jesse Earl Scheuing v. State of Alabama) (Calhoun Circuit Court: CC-09-426.60; Criminal Appeals: CR-2022-0684).

## CERTIFICATE OF JUDGMENT

WHEREAS, the petition for writ of certiorari in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on September 19, 2025:

**Writ Denied. No Opinion.** Lewis, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, and Cook, JJ., concur. McCool, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**